# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PURCELL BRONSON,

          Appellant

          v.

THE GENERAL ASSEMBLY OF THE
STATE OF PENNSYLVANIA, PAST AND
PRESENT MEMBERS; PENNSYLVANIA
BOARD OF PROBATION AND PAROLE;
AND PENNSYLVANIA COURTS OF
COMMON PLEAS, IN THEIR OFFICIAL
AND PRIVATE CAPACITY,

          Appellees

: No. 5 EAP 2019
:
: Appeal from the order of
: Commonwealth Court dated January
: 24, 2019 at 733 MD 2018.
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                            **DECIDED:  February 19, 2020**

      **AND NOW,** this 19th day of February, 2020, Appellant's Application for Judicial

Notice is **GRANTED**, but the order of the Commonwealth Court is **AFFIRMED**.